



## MEMORANDUM OPINION

No. 04-10-00717-CV

Alan **URESTI**,
Appellant

v.

Joann **GUTIERREZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-09548
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  February 9, 2011

DISMISSED

The clerk's record was due on December 1, 2010, and has not been filed.  On December 6, 2010, the trial court clerk filed a notification of late record stating that appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, and appellant is not entitled to appeal without paying the fee.  On December 21, 2010, this court ordered appellant to show cause in writing by January 3, 2011, why this appeal should not be dismissed for want of prosecution.   Appellant responded by filing a pro se motion requesting

reconsideration of the court's show cause order; appellant asserts he is indigent, and requests that the clerk's record and reporter's record be filed in this court without the need for payment. On January 7, 2011, a certified copy of the trial court's "Order Sustaining Contests to Affidavit of Inability to Pay Costs on Appeal Filed by Alan Uresti and Ordering Alan Uresti to Pay All Costs of Appeal" was filed in this court. Because the record shows the appellant is not indigent and has failed to pay for preparation of the clerk's record, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Costs of the appeal are taxed against appellant.


PER CURIAM